IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MADELEINE ENTINE,

      Plaintiff,

   v.

SCOTT LISSNER,

      Defendants.

           Civil Action 2:17-cv-946
           Judge Algenon L. Marbley
           Magistrate Judge Jolson

## ORDER

This case has been reported settled. **A telephonic status conference will be held on April 26, 2018 at 10:00 a.m., unless the dismissal entry is received prior to that time.**

IT IS SO ORDERED.

Date: March 23, 2018

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE