IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Madeleine Entine,** | : | |
| | : | |
| Plaintiff, | : | Case No. 2:17-cv-946 |
| | : | |
| v. | : | Judge Marbley |
| | : | |
| **Scott Lissner,** | : | Magistrate Judge Jolson |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. Rule Civ. P. 41(a)(1), the parties in this action stipulate and agree that the Complaint in this matter is dismissed, with prejudice.

                Respectfully submitted,

/s/ Barton R. Keyes
Barton R. Keyes, Trial Attorney   (0083979)
bartk@cooperelliott.com
Sean R. Alto   (0087713)
seana@cooperelliott.com
Cooper & Elliott, LLC
2175 Riverside Drive
Columbus, Ohio 43221
(614) 481-6000
(614) 481-6001 (Facsimile)

Counsel for Plaintiff
Madeleine Entine


/s/ Jeffrey A. Knight   (per email authority 5-29-18)
Jeffrey A. Knight, Trial Attorney   (0086649)
jeffrey.knight@ohioattorneygeneral.gov
Assistant Attorney General, Education Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
(614) 644-7250
(614) 644-7634 (Facsimile)

Counsel for Defendant
Scott Lissner